IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

SUGEILY RIVERA BONILLA

XXX-XX-2081

Debtor(s)

CASE NO. 10-07497 BKT

Chapter 13

FILED & ENTERED ON 10/25/2010

## ORDER AND NOTICE

A hearing is hereby scheduled for 01/27/2011 at 09:00 A.M. at the U.S. Bankruptcy Court and Post Office Building, Recinto Sur 300, Courtroom No. 3, Third Floor, San Juan, Puerto Rico, to consider the following:

1- Debtor's post confirmation modification of plan dated 10/21/2010 (docket #22)

2- Trustee's unfavorable recommendation (docket #23)

The Clerk shall give notice to all parties in interest.

San Juan, Puerto Rico, this 25 day of October, 2010.

Brian K. Tester
U. S. Bankruptcy Judge

cc: All creditors